STATE, EX REL. GEORGE W. SHIELDS, RELATOR, v. HARRY G. TAYLOR, RESPONDENT.

FILED DECEMBER 14, 1918. No. 20786.

Original proceeding in quo warranto to oust respondent from the office of state railway commissioner. Writ denied, and action dismissed.

George W. Shields, for relator.

Hugh LaMaster, contra.

DEAN, J.

In this case the defendant assumed the duties of state railway commissioner in January, 1913, and his term of office will expire in January, 1919. With the exception of the foregoing facts respecting the term of office, the pleadings and the material issues that are involved here are the same as those in *State v. Hall*, *ante*, p. 17. The decision in that case controls in the present case.

The writ is therefore denied and the action is

DISMISSED.